UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASMIN SUNDERMEYER, | No. 2:20-cv-02372-TLN-DB |
| Plaintiff, | |
| v. | **ORDER** |
| BRITTANY N. LINDE, et al., | |
| Defendants. | |

Plaintiff is a former county inmate proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff alleged that Defendants used excessive force against her in violation of her Fourteenth Amendment rights. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 302.

On April 18, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 17.) Neither party has field objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed April 18, 2022, (ECF No. 17), are adopted in full;

2. Defendants' Motion for Summary Judgment (ECF No. 13) is GRANTED; and

3. This action is DISMISSED without prejudice.

**DATED: June 16, 2022**

Troy L. Nunley
United States District Judge